# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Thomas Hogan

Plaintiff

v.

Louis Stender

Defendants

Case No. Civil 01-1124 ADM?ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the June 27, 2001 Report and Recommendation of United States Magistrate Judge Swearingen is adopted in its entirety. Petitioner's application for leave to proceed in forma pauperis is denied. Petition for a writ of habeas corpus is dismissed with prejudice.

DATE: August 14, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk